IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| R.V. YOUNG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:03-0040 |
| ) | Judge Trauger |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, all claims of the petitioner are **DISMISSED** (with no Certificate of Appealability to issue), except for the petitioner's ineffective assistance of counsel claim. The court will set an evidentiary hearing as to the petitioner's ineffective assistance of counsel claim by separate order.

It is so ordered.

Enter this 2nd day of July 2009.

ALETA A. TRAUGER
United States District Judge