Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| R. V. YOUNG, ) | |
| ) | |
| Petitioner ) | |
| ) | CIVIL NO. 2:03-0040 |
| v. ) | JUDGE TRAUGER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

UNITED STATES' SEALED MOTION TO SUPPLEMENT THE RECORD
FOR PURPOSES OF APPEAL

Comes now the United States of America, by and through the United States Attorney for the Middle District of Tennessee, and respectfully moves this Court to enter an order making the following attached document part of the record in this case for purposes of appeal:

Record Entry 50 in *United States v. R.V. Young*, No. 2:00-cr-00002 (U.S.D.C. M.D. Tenn.), Presentence Report;

The above document was filed under seal in the underlying criminal case. The United States has referred to this document in its brief to be filed in Petitioner's pending appeal before the Court of Appeals for the Sixth Circuit and believes that it may assist the Court of Appeals in considering the pending appeal.